# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES,<br>    Plaintiff,<br><br>              v.<br><br>ZAVALA FAMILY, INC., et al.,<br>    Defendant. | CV 22-597-DSF (JCx)<br><br>ORDER TO SHOW CAUSE |

   Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States.  Fed. R. Civ. P. 12(a)(1).

   In this case, Zavala Family, Inc. failed to plead or otherwise defend within the relevant time.  The Court orders plaintiff to show cause in writing on or before July 25, 2022 why the claims against the non-appearing defendants should not be dismissed for lack of prosecution.  Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

   IT IS SO ORDERED.


Date:  July 11, 2022                    _____
                                        Dale S. Fischer
                                        United States District Judge