# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES<br><br>   Plaintiff(s),<br><br>  v.<br><br>ZAVALA FAMILY, INC., et al.<br><br>   Defendant(s). | CASE NO.<br>2:22−cv−00597−DSF−JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

  Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 21, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

  IT IS SO ORDERED.

Date: October 19, 2022        /s/ *Dale S. Fischer*
                 Dale S. Fischer
                 United States District Judge