CHRISTOPHER B. QUEALLY (SBN: 229154)
cqueally@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6975
Facsimile: (949) 474-2060

Attorneys for Plaintiff
VOLVO FINANCIAL SERVICES,
a division of VFS US LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, a division of VFS US LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ZAVALA FAMILY, INC., a California corporation; JOSE ZAVALA SANABRIA, an individual; MAYRA ZAVALA, an individual; and Does 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. 2:22-cv-00597-DSF (JCx)<br><br>Judge Presiding:<br>Hon. Judge Dale S. Fischer<br>Courtroom: 7D<br><br>Magistrate: Jacqueline Chooljian<br>Courtroom: 750<br><br>[~~PROPOSED~~] JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ZAVALA FAMILY, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(1) |

## JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ZAVALA FAMILY, INC.

Before the Court is Plaintiff VOLVO FINANCIAL SERVICES, a division of VFS US LLC's ("Plaintiff") Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b)(1). Defendant ZAVALA FAMILY, INC.

-1-

("Zavala") was personally served with the Complaint and summons in this action on February 2, 2022. (*See* Doc. 13 and 14). Zavala, having failed to plead or otherwise defend in this Action, and default having heretofore been entered; upon application of Plaintiff and upon affidavit that Zavala is indebted to Plaintiff in the principal sum of $410,645.96, plus contractual default interest in the sum of $150,091.10, for a total amount of $560,737.06; that Zavala had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain.

Based on the forgoing, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff, and against Defendant ZAVALA FAMILY, INC. for the sum of $560,737.06, plus costs and interest according to law from the date of this judgment until the entire amount is paid. This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Dated: April 27, 2023         /s/ *Jennylam*
                              Deputy Clerk of the United States District Court